

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00367-CV

| | | |
|---|---|---|
| PATRICIA JUNE HEARN, Appellant | § | On Appeal from the County Court at Law |
| V. | § | of Hood County (CL2020086) |
| | § | March 10, 2022 |
| DAVID LEE HEARN, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's dismissal. It is ordered that the trial court's dismissal is affirmed.

It is further ordered that appellant Patricia June Hearn shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker